IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LINDA WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 1-04-1291 T/An |
| | ) |
| UNUM PROVIDENT | ) |
| | ) |
| Defendant. | ) |

### [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR MODIFICATION OF MAY 25, 2005 CASE MANAGEMENT ORDER

It appearing to the Court that the parties' Joint Motion for Modification of May 25, 2005 Case Management Order should be granted;

IT IS, THEREFORE, ORDERED that this Court's May 25, 2005 Case Management Order governing this ERISA case shall be modified as follows:

4.  Defendant shall file and serve the administrative record to the Court and Plaintiff's counsel no later than June 20, 2005.

Date: June 22, 2005

S. Thomas Anderson
By: United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/23/05

M BCI 885748 v1
2790885-000047 06/14/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01291 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT